UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NICOLAS Z. MORALES,

           Petitioner,

   v.

STUART SHERMAN, Warden,

           Respondent.

No. CV 18-7695-SVW (AGR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

     IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:   May 21, 2019

                         STEPHEN V. WILSON
                 United States District Judge