JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS Z. MORALES,<br>　　　　Petitioner,<br>　v.<br>STUART SHERMAN, Warden,<br>　　　　Respondent. | NO. CV 18-7695-SVW (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: May 21, 2019

　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　United States District Judge